SCWC-13-0000531

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

WILLIAM A. ARTHUR, SR., Individually, and
THE ESTATE OF MONA ARTHUR thru William A. Arthur, Sr.
as the Personal Representative,
Respondents/Plaintiffs/Appellants/Cross-Appellees,
vs.
STATE OF HAWAIʻI, DEPARTMENT OF HAWAIIAN HOME LANDS;
KAMEHAMEHA INVESTMENT CORPORATION; DESIGN PARTNERS INC.,
Respondents/Defendants/Appellees/Cross-Appellees,
and
COASTAL CONSTRUCTION CO., INC.;
Respondent/Defendant/Appellee/Cross-Appellant;
SATO AND ASSOCIATES, INC.; and DANIEL S. MIYASATO,
Petitioners/Defendants/Appellees/Cross-Appellants,

_____

KAMEHAMEHA INVESTMENT CORPORATION,
Respondent/Third-Party Plaintiff/Appellee/Cross-Appellee,
vs.
KIEWIT PACIFIC CO.,
Respondent/Third-Party Defendant/Appellee/Cross-Appellee

_____

KIEWIT PACIFIC CO.,
Respondent/Fourth-Party Plaintiff/Appellee/Cross-Appellee,
vs.
PACIFIC FENCE, INC.,
Respondent/Fourth-Party Defendant/Appellee/Cross-Appellee.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-13-0000531; CIVIL NO. 05-1-1981-11)

<u>ORDER DISMISSING MOTION TO CORRECT, AMEND, MODIFY OR RECONSIDER</u>
<u>JUDGMENT ON APPEAL</u>
(By: Recktenwald, C.J., McKenna, Pollack, and Wilson JJ.,
and Circuit Judge Browning, in place of Nakayama, J., recused)

On August 2, 2016, Respondent/Third-Party Plaintiff/Appellee/Cross-Appellee, Kamehameha Investment Corporation ("KIC"), filed a Motion to Correct, Amend, Modify or Reconsider Judgment on Appeal ("Motion"). Upon review of the documents and the record,

IT IS HEREBY ORDERED that KIC's Motion is DISMISSED.

DATED: Honolulu, Hawaiʻi, August 12, 2016.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

/s/ R. Mark Browning